IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-10-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| D'ANDRE DONTAE GLASS, | |
| Defendant. | |

Defendant has filed a motion to authorize payment of travel expenses to attend his change of plea hearing, which is scheduled to take place on February 17, 2026, in Missoula Montana. (Doc. 351). The government takes no position on Defendant's motion. (Doc. 351 at 2).

Defendant is represented by court appointed counsel, and his Financial Affidavit establishes that he is without sufficient funds to pay for transportation from his home in Phoenix, Arizona to Missoula for his change of plea hearing. (Doc. 352 at 2). Defendant requests travel assistance pursuant to 18 U.S.C. § 4285, which authorizes the Court to order the U.S. Marshals to pay transportation costs for indigent defendants who are not in custody "to the place where [the defendant's] appearance is required," and to furnish the defendant "with an amount

1

of money for subsistence expenses to his destination[.]" Section 4285 does not authorize payment for return travel, subsistence during return travel, or for lodging expenses.

The Court has the authority to order additional funds through the Criminal Justice Act ("CJA"). *United States v. Mendoza*, 734 F.Supp.2d 281, 286-87 (E.D. N.Y. 2010) (relying on 18 U.S.C. § 3006A(e)(1), which authorizes the court to reimburse counsel for "other services necessary for adequate representation"). The CJA has been deemed sufficient authority to reimburse counsel for lodging, food, and return travel. *See United States v. Morrison*, 2023 WL 612945, at *1-2 (E.D. Cal. Sept. 19, 2023).

CJA counsel represents that the current estimated cost for return airfare is approximately $224.20 including taxes and fees, the cost for a one-night hotel stay in Missoula will be $144.40, and the approximate total for meals and incidentals will be $74 for one day. Counsel states that National Travel Service charges $28.85 to make the travel arrangements and anticipates that the total sum counsel is likely to incur is $471.45. (Doc. 362 at 4).

After consultation with the CJA supervising attorney for the District of Montana and other Ninth Circuit authorities, the Court has determined that because Defendant's presence is necessary for defense purposes, Defendant is entitled to

financial assistance to attend his change of plea hearing. Accordingly,

IT IS ORDERED that Defendant's Motion (Doc. 351) is GRANTED.

Pursuant to 18 U.S.C. § 4285, the U.S. Marshal shall furnish Defendant with a

flight from Phoenix, Arizona to Missoula, Montana, in order to attend his change

of plea hearing on February 17, 2026, at 1:30 p.m. at the Russell Smith Federal

Courthouse, 201 E. Broadway, Missoula, Montana. The U.S. Marshal shall also

furnish Defendant with subsistence expenses to his destination in accordance with

18 U.S.C. § 4285, not to exceed the amount authorized as a per diem allowance for

travel under section 5702(a) of title 5, United States Code.

IT IS FURTHER ORDERED that CJA funds shall be disbursed to pay for

expenses associated with Defendant's return travel, lodging, and subsistence in an

amount not to exceed $471.45. CJA counsel or Defendant may advance the travel,

lodging, and subsistence funds to be disbursed from CJA funds. Counsel shall seek

any reimbursement from CJA funds promptly once the authorized travel is

completed.

DATED this 30th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

3