IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>D'ANDRE DONTAE GLASS,<br><br>Defendant. | CR 25–10–BU–DLC–3<br><br><br>ORDER |

Defendant D'Andre Dontae Glass having moved to authorize the payment of travel expenses, IT IS ORDERED that the motion (Doc. 492) is GRANTED as follows:

(1)     Pursuant to 18 U.S.C. § 4285, the United States Marshal's Service shall furnish Glass with the fare for his transportation to Missoula, Montana for his June 24, 2026 sentencing hearing.  The United States Marshal's Service shall also furnish Glass with subsistence expenses during travel, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

(2)     Pursuant to 18 U.S.C. § 3006A(e)(1), Criminal Justice Act ("CJA") funds shall be disbursed for expenses associated with Glass's lodging in Missoula and his return travel, if appropriate.  Reimbursement for lodging is limited to the $195 GSA rate for Missoula.  Reimbursement for return travel is limited to

1

subsistence expenses not to exceed the per diem rate of $74 per day, travel arrangement expenses not to exceed $30, and transportation fare not to exceed $250. Travel expenses that exceed these authorized amounts may not be reimbursed and require additional Court authorization. Glass or his counsel may advance the travel, lodging, and subsistence funds and promptly seek reimbursement from the CJA once the authorized travel is completed.

(3)    The Clerk is directed to notify the United States Marshal's Service of the making of this Order.

DATED this 4th day of June, 2026.

Dana L. Christensen, District Judge
United States District Court